UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN M. REILLY,                       )
                                      )
        Plaintiff                     )
                                      )   No. 3:10-0265
v.                                    )   Judge Nixon/Brown
                                      )
LEVITON MANUFACTURING CO., INC.,      )
                                      )
        Defendant                     )

**O R D E R**

The parties advised the Magistrate Judge that all matters raised by the Plaintiff's motion (Docket Entry 17) have been resolved. The motion is therefore **TERMINATED** as moot.

The parties are directed to file within **30 days** of the entry of this order an appropriate order dismissing this case with prejudice in accordance with the terms of the settlement that the parties reached.

It appears that nothing further remains to be done by the Magistrate Judge and the **Clerk** is directed to transmit this file to Judge Nixon.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge